IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAN BERNHARD, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-11-1751 |
| § | |
| DEGRASSE & ROLNICK AND § | |
| AMERICAN RECOVERY SERVICE INC., § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 6).

The motion is granted. The initial pretrial and scheduling conference is reset to **November 18, 2011, at 9:30 a.m.** The joint discovery case management plan is due by November 10, 2011.

SIGNED on September 26, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge